UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:07CR649 JCH |
| | ) | |
| MICHAEL HENDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

## WAIVER OF PRELIMINARY HEARING
(Rule 32.1 Fed. R. Crim. P.)

I _____, charged in a petition pending in this District with a violation of the conditions of my (supervised release) (probation) and having appeared before this court and been advised of my rights as required by Rule 32.1, Fed. R. Crim P., including my right to have a preliminary hearing do hereby waive (give up) my right to a preliminary hearing.

## WAIVER OF DETENTION HEARING

After discussion with my lawyer, I want to waive (give up) my right to a detention hearing.

I understand I will be detained (held in custody) until my final (supervised release revocation hearing) (probation revocation hearing).

_____   _____
Attorney for Defendant        Defendant

Dated this 2 day of March, 2012    Dated this 2 day of MARCH, 2012

1

## ORDER OF DETENTION

Based on the record made in open court, I find that defendant's waiver of a detention hearing is knowing, intelligent and voluntary.

I have considered the Report of the Pretrial Services Office and all of the factors required to be considered by 18 U.S.C. § 3142(g) and I find that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required and the safety of the community. **ACCORDINGLY,**

**IT IS HEREBY ORDERED** that the defendant be detained pending final revocation hearing in the District Court before Judge Hamilton on 3/16/12 at 9:00 am.

**IT IS FURTHER ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility. The defendant shall be afforded a reasonable opportunity for private consultations with counsel.

**IT IS FURTHER ORDERED** that on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 2nd day of March, 2012.

NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE